

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00701-CR

Jessica **PINEDA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 5449
Honorable N. Keith Williams, Judge Presiding[1]

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and the cause is REMANDED for further proceedings consistent with this opinion.

SIGNED August 13, 2014.

_____
Luz Elena D. Chapa, Justice

---

[1] The Honorable N. Keith Williams, presiding judge of the 216th Judicial District Court, Kendall County, Texas, presided over Pineda's plea of guilty and placed her on deferred adjudication. The Honorable Stephen B. Ables, sitting by assignment, heard and denied Pineda's motion to suppress.